# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sammy Morgan,

         Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                  3:06cv333

Faith Tillman, et al.,

         Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/06 Order.

August 10, 2006                            FRANK G. JOHNS, CLERK

                                                BY: _____
                                                      Cynthia Huntley, Deputy Clerk