# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sammy Morgan,

    Plaintiff(s),

vs.

Faith Tillman, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv333

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/06 Order.

August 10, 2006

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk